JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CURTIS HARDY, | ) | Case No. ED CV 13-2313-AG (SP) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| S. SHERMAN, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: July 31, 2014

_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE